## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                     **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                               **GREENBELT, MARYLAND 20770**
                                                                                                              **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Joseph Andrew Tully*
                 Case No. RWT 16-cr-0282

DATE:      July 12, 2016

\* \* \* \* \* \* \* \* \*

       Due to a change in the Court's calendar, the telephone status conference scheduled for July 12, 2016 at 5:30 p.m. is hereby **RESCHEDULED** for **July 12, 2016 at 3:30 p.m.** to be initiated by counsel for the Government.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                  /s/
                                                 Roger W. Titus
                                                United States District Judge